NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER BARCLAY, Staff Sergeant, US Air Force, Discharged and as Family,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>STATE OF OREGON; et al.,<br><br>Defendants-Appellees. | No. 16-35013<br><br>D.C. No. 6:15-cv-01920-MC<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Oregon
Michael J. McShane, District Judge, Presiding

Submitted December 14, 2016[**]

Before:   WALLACE, LEAVY, and FISHER, Circuit Judges.

Peter Barclay appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging federal and state law claims arising from an unfavorable judgment by the Oregon state court in a prior family law action.

_____

[*]   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

We have jurisdiction under 28 U.S.C. § 1291. We review de novo both the dismissal of an action under 28 U.S.C. § 1915(e), *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998), and under the *Rooker-Feldman* doctrine, *Noel v. Hall*, 341 F.3d 1148, 1154 (9th Cir. 2003). We affirm.

The district court properly dismissed Barclay's action for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine because it amounted to a forbidden "de facto appeal" of a state court judgment and raised claims that were "inextricably intertwined" with that state court judgment. *See Noel*, 341 F.3d at 1163-65. We reject as without merit Barclay's contentions regarding the applicability of exceptions to the *Rooker-Feldman* doctrine.

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**